FILED: July 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4330
(1:13-cr-00103-TDS-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ROBERT GEORGE SMITH

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number II under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk